A. L. JONES et al. v. STATE.

No. A-3797—Opinion Filed Feb. 26, 1921.

(194 Pac. 897.)

Appeal from County Court, Love County; B. W. Jones, Judge.

Will Green was convicted of a misdemeanor and he appeals. Appeal dismissed on motion of counsel for plaintiff in error.

J. H. Hays, for plaintiff in error.

W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Will Green, and A. L. Jones, were jointly charged, tried and convicted on an information charging the crime of transporting intoxicating liquors in Love county, and plaintiff in error was sentenced to be confined for thirty days in the county jail and to pay a fine of one hundred dollars and the costs. From the judgments rendered an appeal was perfected.

On motion of his counsel of record the appeal of A. L. Jones was heretofore dismissed. See Jones v. State, 17 Okla. Cr. 720, 189 Pac. 746.

Counsel of record for plaintiff in error, Will Green, has this day

filed a motion to dismiss his appeal. The motion is sustained and the appeal dismissed.